# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD L. JONES  
5426 LA CUMBRE LANE  
ROCKFORD, IL  61107  

SSN-xxx-xx-6631

Case Number: 06-71303

Case filed on: 7/26/2006  
Plan Confirmed on: 3/5/2007  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,648.24          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF HENRY REPAY | 2,774.00 | 2,774.00 | 1,520.15 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 1,520.15 | 0.00 |
| 005 | CREDIT COLLECTIONS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ASSOCIATED RECEIVABLE CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | LVNV/RESURGENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | BAY AREA CREDIT SERICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | FRANKLIN COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 249.62 | 249.62 | 15.69 | 0.00 |
| 056 | INTERNAL REVENUE SERVICE | 6,502.08 | 6,502.08 | 786.03 | 0.00 |
|  | Total Priority | 6,751.70 | 6,751.70 | 801.72 | 0.00 |
| 999 | RICHARD L. JONES | 0.00 | 0.00 | 162.48 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 162.48 | 0.00 |
| 050 | LUTHER LANDA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 30.00 | 0.60 | 0.00 | 0.00 |
| 002 | ABC CASH N GO, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN FAMILY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICASH LOANS LLC | 762.17 | 15.24 | 0.00 | 0.00 |
| 007 | AMY HEATING & DRAIN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BUCKLEY MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD | 181.69 | 3.63 | 0.00 | 0.00 |
| 013 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ELCO ADMINISTRATIVE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ENTERPRISE-ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EWING ENTERPRISES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | STEVEN D TITINER | 3,302.40 | 66.05 | 0.00 | 0.00 |
| 020 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | INSUREX, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | KROGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MARKETSIDE MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MEA-AEA, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 2,975.33 | 59.51 | 0.00 | 0.00 |
| 028 | VEOLIA ENVIRONMENTAL SERVICES | 107.23 | 2.14 | 0.00 | 0.00 |
| 029 | OSF LIFELINE AMBULANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCK RIVER WATER RECLAMATION DIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCK VALLEY WOMENS HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD BELL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SANTA BARBARA BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROUNDUP FUNDING LLC | 3,460.05 | 69.20 | 0.00 | 0.00 |
| 039 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ST ALEXIUS MEDICAL CENTER | 735.60 | 14.71 | 0.00 | 0.00 |
| 041 | ILLINOIS DEPARTMENT OF | 522.00 | 10.44 | 0.00 | 0.00 |
| 042 | T-MOBILE BANKRUPTCY TEAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | TRU-GREEN CHEMLAWN | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 046 | VAUGHNS TV & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | MUTUAL MANAGEMENT SERVICES | 1,015.13 | 20.30 | 0.00 | 0.00 |
| 052 | CAPITAL ONE | 3,665.07 | 73.30 | 0.00 | 0.00 |
| 053 | PREMIER BANKCARD/CHARTER | 244.60 | 4.89 | 0.00 | 0.00 |
| 054 | AMERICASH LOANS LLC | 186.89 | 3.74 | 0.00 | 0.00 |
| 055 | AAA COMMUNITY FINANCE #1 INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | INTERNAL REVENUE SERVICE | 342.32 | 6.85 | 0.00 | 0.00 |
| 057 | CHECK IT | 552.56 | 11.05 | 0.00 | 0.00 |
| 058 | ROCKFORD MERCANTILE AGENCY INC | 472.09 | 9.44 | 0.00 | 0.00 |
| 059 | ADVANCE AMERICA | 385.25 | 7.70 | 0.00 | 0.00 |
| | Total Unsecured | 18,940.38 | 378.79 | 0.00 | 0.00 |
| | Grand Total: | 28,466.08 | 9,904.49 | 2,484.35 | 0.00 |

Total Paid Claimant:       $2,484.35
Trustee Allowance:         $163.89
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008            By  /s/Heather M. Fagan